IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>100 F Street NE<br>Washington, DC 20549,<br><br>    Plaintiff,<br><br>  v.<br><br>PATRICK ORLANDO,<br><br>    Defendant. | No. 1:24-CV-2097<br><br>Jury Trial Demanded |

**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT PATRICK ORLANDO TO RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff U.S. Securities and Exchange Commission (the "Commission") and Defendant Patrick Orlando ("Orlando") respectfully request a 30-day extension of time for Orlando to file a response to the Complaint. Pursuant to LCvR 7(m), in support of this motion, the parties state:

1. The Commission filed its Complaint on July 17, 2024.

2. Orlando's response to the Complaint is currently due on September 16, 2024.

3. Since receiving the Complaint, Orlando's counsel has worked diligently to investigate the facts surrounding the allegations raised in the Complaint; however, due to summer travel and related lawsuits, counsel requires additional time to complete its review.

4. Moreover, the parties have engaged in discussions that may resolve the matter short of judicial intervention.

5. No party would be prejudiced by the extension requested.

6. This motion is made is good faith and not for the purpose of delay.

7. Accordingly, for good cause, the parties respectfully request a 30-day extension of time for Orlando to file a response to the Commission's Complaint.

1

8. A proposed order is attached hereto as Exhibit A.

WHEREFORE, the parties respectfully request that the Court grant this motion for a 30-day extension of time, up to and including October 16, 2024, for Orlando to file his response to the Commission's Complaint.

                        Respectfully submitted,

                        PATRICK ORLANDO

                        By: s/ Adam L. Schwartz
                              Defendant

Brooke E. Conner (Admitted *pro hac vice*)
bconner@vedderprice.com
VEDDER PRICE P.C.
222 North LaSalle Street
Chicago, Illinois 60601
Phone: +1 (312) 609 7500

Adam L. Schwartz (Admitted *pro hac vice*)
aschwartz@vedderprice.com
VEDDER PRICE (FL), LLP
600 Brickell Avenue, Suite 1500
Miami, Florida 33131
Phone: +1 (786) 741 3200

                        SECURITIES AND EXCHANGE COMMISSION

                        By: s/ John B. Timmer
                              Plaintiff

John B. Timmer (D.C. Bar No. 997309)
Andrew McFall (D.C. Bar No. 497878)
Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
Phone: +1 (202) 551-7687 (Timmer)
Phone: +1 (202) 551-5538 (McFall)
Email: TimmerJ@SEC.gov
Email: McFallA@SEC.gov

3

VP/#67882053.3