IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>100 F Street NE<br>Washington, DC 20549,<br><br>              Plaintiff,<br><br>       v.<br><br>PATRICK ORLANDO,<br><br>              Defendant. | No. 1:24-CV-2097<br><br>Jury Trial Demanded |

**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT PATRICK ORLANDO TO RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff U.S. Securities and Exchange Commission (the "Commission") and Defendant Patrick Orlando ("Orlando") respectfully request a 30-day extension of time for Orlando to file a response to the Complaint. Pursuant to LCvR 7(m), in support of this motion, the parties state:

1. The Commission filed its Complaint on July 17, 2024.

2. On September 10, 2024, the parties submitted a joint motion for a 30-day extension of time, which the Court granted. (ECF No. 10).

3. On October 11, 2024, the parties submitted a joint motion for a 60-day extension of time. (ECF No. 11).

4. The Court granted that Motion on October 15, 2024. Orlando's response to the Commission's Complaint is currently due on December 16, 2024.

5. Since then, the parties have engaged in meaningful discussions in an attempt to resolve the matter short of judicial intervention. However, the parties require additional time to engage in further discussions.

6. No party would be prejudiced by the extension requested.

7. This motion is made is good faith and not for the purpose of delay.

8. Accordingly, for good cause, the parties respectfully request a 30-day extension of time for Orlando to file a response to the Commission's Complaint.

9. A proposed order is attached hereto as Exhibit A.

WHEREFORE, the parties respectfully request that the Court grant this motion for a 30-day extension of time, up to and including January 15, 2025, for Orlando to file his response to the Commission's Complaint.

Dated: December 9, 2024                               Respectfully submitted,

                                                      PATRICK ORLANDO


                                                      By: s/ Adam L. Schwartz
                                                          Defendant

Brooke E. Conner (Admitted *pro hac vice*)
bconner@vedderprice.com
VEDDER PRICE P.C.
222 North LaSalle Street
Chicago, Illinois 60601
Phone: +1 (312) 609 7500

Adam L. Schwartz (Admitted *pro hac vice*)
aschwartz@vedderprice.com
VEDDER PRICE (FL), LLP
600 Brickell Avenue, Suite 1500
Miami, Florida 33131
Phone: +1 (786) 741 3200

                                                      SECURITIES AND EXCHANGE COMMISSION


                                                      By: s/ John B. Timmer
                                                          Plaintiff

John B. Timmer (D.C. Bar No. 997309)
Andrew McFall (D.C. Bar No. 497878)
Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
Phone: +1 (202) 551-7687 (Timmer)
Phone: +1 (202) 551-5538 (McFall)
Email: TimmerJ@SEC.gov
Email: McFallA@SEC.gov