IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>100 F Street NE<br>Washington, DC 20549,<br><br>             Plaintiff,<br><br>       v.<br><br>PATRICK ORLANDO,<br><br>             Defendant. | No. 1:24-CV-2097<br><br>Jury Trial Demanded |

**JOINT MOTION FOR THE COURT TO SET BRIEFING SCHEDULE FOR OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND REPLY**

Plaintiff U.S. Securities and Exchange Commission (the "Commission") and Defendant Patrick Orlando ("Orlando") respectfully request that the Court set a briefing schedule for the Commission to file its opposition to Orlando's Motion to Dismiss the Complaint (ECF No. 17) and for Orlando to file his reply brief to the Commission's Opposition. Specifically, the parties ask the Court to set March 28 as the deadline for the Commission's Opposition, and April 18 as the deadline for Orlando's Reply. In support of this motion, the parties state:

1. The Commission filed its Complaint on July 17, 2024.

2. After numerous extensions of time that were jointly requested by the parties and approved by the Court, Orlando filed a Motion to Dismiss the Complaint, or Alternatively Strike Portions of the Complaint on February 14, 2025.

3. Orlando's Motion is 34 pages long and raises a number of issues. The SEC seeks additional time to craft a response to Orlando's arguments.

4. Per Local Civil Rule 7(b), the SEC's Opposition to the Motion is due February 28, 2025. Orlando's Reply is due March 7, 2025.

5. The parties anticipate that Orlando will also need additional time to respond to the SEC's Opposition.

6. The parties therefore ask that the Court require the SEC to file its Opposition on or before March 28, 2025; and that the Court require Orlando to file his Reply on or before April 18, 2025.

7. No party would be prejudiced by the extension requested.

8. This motion is made is good faith and not for the purpose of delay.

9. Accordingly, for good cause, the parties respectfully request that the Court set the requested briefing schedule.

10. A proposed order is attached hereto as Exhibit A.

WHEREFORE, the parties respectfully request that the Court grant this motion for a briefing schedule.

Dated: February 21, 2025                    Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION

By: /s/ John B. Timmer

Counsel for Plaintiff

John B. Timmer (D.C. Bar No. 997309)
Andrew McFall (D.C. Bar No. 497878)
Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
Phone: +1 (202) 551-7687 (Timmer)
Phone: +1 (202) 551-5538 (McFall)
Email: TimmerJ@SEC.gov
Email: McFallA@SEC.gov

PATRICK ORLANDO

By: /s/ Adam L. Schwartz
Counsel for Defendant

Tamara Droubi (D.C. Bar No. 1025088)
tdroubi@vedderprice
VEDDER PRICE P.C.
1401 New York Avenue NW, Suite 500
Washington, DC 20005
Phone: +1 (202) 312-3320

Brooke E. Conner (Admitted *pro hac vice*)
bconner@vedderprice.com
VEDDER PRICE P.C.
222 North LaSalle Street
Chicago, Illinois 60601
Phone: +1 (312) 609 7500

Adam L. Schwartz (Admitted *pro hac vice*)
aschwartz@vedderprice.com
VEDDER PRICE (FL), LLP
600 Brickell Avenue, Suite 1500
Miami, Florida 33131
Phone: +1 (786) 741 3200

Hartley M.K. West (admitted *pro hac vice*)
hartley.west@dechert.com
DECHERT LLP
45 Fremont Street, 26th Floor
San Francisco, California 94105
T: +1 (415) 262 4511
F: +1 (415) 262 4555