IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>100 F Street NE<br>Washington, DC 20549,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PATRICK ORLANDO,<br><br>　　　　　Defendant. | No. 1:24-CV-2097<br><br>Jury Trial Demanded |

**JOINT MOTION FOR THE COURT TO HOLD BRIEFING SCHEDULE IN ABEYANCE FOR THIRTY DAYS**

Plaintiff U.S. Securities and Exchange Commission (the "Commission") and Defendant Patrick Orlando ("Orlando") respectfully request that the Court hold the briefing schedule relating to Orlando's Motion to Dismiss the Complaint (ECF No. 17) in abeyance for thirty days. In support of this motion, the parties state:

1. The Commission filed its Complaint on July 17, 2024.

2. After four extensions of time that were jointly requested by the parties and approved by the Court, Orlando filed a Motion to Dismiss the Complaint, or Alternatively Strike Portions of the Complaint on February 14, 2025.

3. The SEC sought additional time to craft a response to Orlando's arguments, and the parties anticipated that Orlando would also need additional time to respond to the SEC's opposition. The parties therefore filed a joint motion asking the Court to set a briefing schedule that would require the SEC to file its Opposition on or before March 28, 2025 and require Orlando to file his Reply on or before April 18, 2025. [ECF No. 19.]

4. The Court granted the parties' joint motion on February 24, 2025.

1

5.     Subsequent to the Court's Order, the parties have made significant progress in negotiations to resolve the case without the need for further judicial intervention.

6.     The parties request that the Court hold the briefing schedule in abeyance for thirty days, which would allow them to either reach an agreement in principle to resolve the case (subject to approval by the Commission), or to determine that no such resolution is possible at this time.

7.     The parties do not intend to seek any further abeyances or extensions, absent an agreement in principle that would resolve the case.

8.     No party would be prejudiced by the extension requested.

9.     This motion is made is good faith and not for the purpose of delay.

10.    Accordingly, for good cause, the parties respectfully request that the Court hold the briefing schedule in abeyance for thirty days.

11.    A proposed order is attached hereto as Exhibit A.

WHEREFORE, the parties respectfully request that the Court grant this motion for to hold the briefing schedule in abeyance.

Dated: March 12, 2025                    Respectfully submitted,

                                         SECURITIES AND EXCHANGE COMMISSION

                                         By: /s/ *John B. Timmer*

                                         Counsel for Plaintiff

John B. Timmer (D.C. Bar No. 997309)
Andrew McFall (D.C. Bar No. 497878)
Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
Phone: +1 (202) 551-7687 (Timmer)
Phone: +1 (202) 551-5538 (McFall)
Email: TimmerJ@SEC.gov
Email: McFallA@SEC.gov

PATRICK ORLANDO

By: /s/ Adam L. Schwartz
Counsel for Defendant

Tamara Droubi (D.C. Bar No. 1025088)
tdroubi@vedderprice
VEDDER PRICE P.C.
1401 New York Avenue NW, Suite 500
Washington, DC 20005
Phone:  +1 (202) 312-3320

Brooke E. Conner (Admitted *pro hac vice*)
bconner@vedderprice.com
VEDDER PRICE P.C.
222 North LaSalle Street
Chicago, Illinois 60601
Phone:  +1 (312) 609 7500

Adam L. Schwartz (Admitted *pro hac vice*)
aschwartz@vedderprice.com
VEDDER PRICE (FL), LLP
600 Brickell Avenue, Suite 1500
Miami, Florida 33131
Phone: +1 (786) 741 3200

Hartley M.K. West (admitted *pro hac vice*)
hartley.west@dechert.com
DECHERT LLP
45 Fremont Street, 26th Floor
San Francisco, California 94105
T: +1 (415) 262 4511
F: +1 (415) 262 4555

3