# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>100 F Street NE<br>Washington, DC 20549,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PATRICK ORLANDO,<br><br>　　　　　Defendant. | No. 1:24-CV-2097<br><br>Jury Trial Demanded |

## [PROPOSED] ORDER GRANTING JOINT MOTION FOR THE COURT TO HOLD BRIEFING SCHEDULE IN ABEYANCE FOR THIRTY DAYS

THIS CAUSE came before the Court upon the Parties' Joint Motion for the Court to hold the briefing schedule in abeyance for thirty days. Being fully advised, it is

ORDERED AND ADJUDGED that the Motion is GRANTED. Plaintiff's opposition to Defendant's Motion to Dismiss shall be filed on or before April 28, 2025. Defendant's reply to Plaintiff's opposition shall be filed on or before May 19, 2025.

DONE AND ORDERED in chambers in the District of Columbia on this ___ day of March 2025.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HON. CHRISTOPHER R. COOPER
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

## APPENDIX OF PERSONS TO BE SERVED PURSUANT TO LCvR 7(k)

John B. Timmer
Andrew McFall
Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
Phone: +1 (202) 551-7687 (Timmer)
Phone: +1 (202) 551-5538 (McFall)
Email: TimmerJ@SEC.gov
Email: McFallA@SEC.gov

Brooke E. Conner
bconner@vedderprice.com
VEDDER PRICE P.C.
222 North LaSalle Street
Chicago, Illinois 60601
Phone:  +1 (312) 609 7500

Adam L. Schwartz
aschwartz@vedderprice.com
VEDDER PRICE (FL), LLP
600 Brickell Avenue, Suite 1500
Miami, Florida 33131
Phone: +1 (786) 741 3200

Hartley M.K. West (admitted *pro hac vice*)
hartley.west@dechert.com
DECHERT LLP
45 Fremont Street, 26th Floor
San Francisco, California 94105
T: +1 (415) 262 4511
F: +1 (415) 262 4555