IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, 100 F Street NE Washington, DC 20549,<br><br>                  Plaintiff,<br><br>         v.<br><br>PATRICK ORLANDO,<br><br>                  Defendant. | No. 1:24-cv-2097-CRC |

**DEFENDANT'S CONSENT MOTION TO CONTINUE STATUS CONFERENCE**

Defendant Patrick Orlando ("Defendant") submits this consent motion to continue the status conference currently scheduled for July 24, 2025, at 10 a.m., to an alternative date, and proposes either July 29, 2025, at 10 a.m., August 1, 2025 at 10 a.m., or August 14, 2025 at 10 a.m. as dates that work for the parties. In support of this consent motion, Defendant states as follows:

1. On July 1, 2025, the Court entered a Minute Order granting the parties' motion to extend the stay of this case until July 21, 2025, and striking without prejudice to refiling Defendant's Motion to Dismiss, or Alternatively, Motion to Strike (ECF No. 17).

2. Also, the Court ordered the parties to file a joint status report by July 21, 2025, and to appear for an in-person status conference on July 24, 2025, at 10 a.m. in Courtroom 27A.

3. There is good cause for Defendant's requested continuance. Specifically, the undersigned counsel has pre-existing responsibilities in other pending matters that preclude counsel from being able to appear in-person in Washington, DC on July 24, 2025, at 10 a.m.

4. Pursuant to Local Civil Rule 7(m), Defendant met and conferred with Plaintiff's counsel by email regarding the relief sought in this Motion. Plaintiff consents to the requested continuance.

5. Defendant requests this continuance in good faith and not for the purpose of delay. The requested relief will not impact any other deadline currently set by the Court for this matter. Nor does Defendant believe the continuance will prejudice Plaintiff should the Court grant this consent motion, and indeed, Plaintiff consents to the requested continuance.

6. Accordingly, Defendant respectfully requests that the Court grant this consent motion to continue the status conference currently scheduled for July 24, 2025, at 10 a.m., to an alternative date, and proposes July 29, 2025, at 10 a.m., August 1, 2025 at 10 a.m., or August 14, 2025 at 10 a.m. as dates that work for the parties.

A proposed order is attached.

Dated: July 10, 2025

Respectfully submitted,

By: /s/ Adam Schwartz
Adam L. Schwartz (Admitted  Pro Hac Vice)
aschwartz@vedderprice.com
VEDDER PRICE (FL), LLP
600 Brickell Avenue, Suite 1500
Miami, Florida 33131
P: +1 786 741 3200
F: +1 786 741 3202
aschwartz@vedderprice.com

Brooke E. Conner (Admitted Pro Hac Vice)
bconner@vedderprice.com
VEDDER PRICE P.C.
222 North LaSalle Street
Chicago, Illinois 60601
P: +1 312 609 7500
F: +1 312 609 5005

Hartley M.K. West (Admitted Pro Hac Vice)
DECHERT LLP
45 Fremont Street, 26th Floor
San Francisco, California 94105
T: +1 (415) 262 4511
F: +1 (415) 262 4555
hartley.west@dechert.com

*Attorneys for Defendant Patrick Orlando*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing on July 10, 2025, with the Clerk of the Court for the United States District Court for the District of Columbia by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

> By: */s/ Adam Schwartz*
> Adam L. Schwartz (Admitted *Pro Hac Vice*)
> aschwartz@vedderprice.com
> VEDDER PRICE (FL), LLP
> 600 Brickell Avenue, Suite 1500
> Miami, Florida 33131
> P: +1 786 741 3200
> F: +1 786 741 3202
> aschwartz@vedderprice.com
>
> *Attorney for Defendant Patrick Orlando*