**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>100 F Street NE<br>Washington, DC 20549,<br><br>                    Plaintiff,<br><br>     v.<br><br>PATRICK ORLANDO,<br><br>                    Defendant. | No. 1:24-CV-2097<br><br><br>Jury Trial Demanded |

## <u>JOINT REPORT AND MOTION TO LIFT STAY</u>

Pursuant to the Court's July 1, 2025 Order, Plaintiff U.S. Securities and Exchange Commission (the "SEC") and Defendant Patrick Orlando ("Orlando") file this joint report and motion respectfully requesting that the Court lift the stay in the instant matter. In support of this motion, the parties state:

1.      The SEC filed its Complaint on July 17, 2024. (ECF No. 1).

2.      On September 10, 2024, the parties submitted a joint motion for a 30-day extension of time, which the Court granted. (ECF No. 10).

3.      On October 11, 2024, the parties submitted a joint motion for a 60-day extension of time, which the Court granted. (ECF No. 11).

4.      On December 9, 2024, the parties submitted a joint motion for a 30-day extension of time, which the Court granted. (ECF No. 12).

5.      On December 16, 2024, the Court entered a Minute Order stating that, in the event Defendant did not respond to Plaintiff's Complaint by January 15, 2025, the parties should appear for a status conference on January 23, 2025, at 10:00 AM in Courtroom 27A before Judge Christopher R. Cooper.

6.      On January 10, 2025, the parties submitted a joint motion for a 30-day extension of time, which the Court granted. (ECF No. 13).

7.      On January 23, 2025, the parties appeared for a joint status conference. At that conference, the Court indicated that it would not continue the matter further absent a representation that the parties had reached an agreement in principle to resolve the matter.

8.      On February 14, 2025, the Defendant filed a motion to dismiss the case. (ECF No. 17.) The SEC's deadline to oppose the Defendant's motion was April 28, 2025.

9.      On April 23, 2025, the parties filed a motion informing the Court that they had reached an agreement in principle to resolve the case completely, and requesting a stay of the proceedings. (ECF No. 22). The purpose of the stay was to give the SEC staff time to submit a recommendation for the SEC Commissioners' consideration, because the SEC staff lacks the authority to bind the SEC without approval from the Commissioners.

10.     The Court approved the stay request in a Minute Order on April 24, 2025. The Court required that, on or before June 30, 2025, the SEC file a proposed final order or report to the Court why a final order has not been filed.

11.     On June 30, 2025, the parties filed a joint motion for an extension of time to update the Court. (ECF No. 24). On July 1, 2025, the Court granted that motion and ordered the parties to file a joint status report on July 21, 2025.

12.     In their June 30, 2025 joint motion, the parties reported that SEC staff had informed Defendant that the staff no longer believed it could obtain Commission approval for the proposed agreement, and that the parties had not reached a new agreement in principle. (ECF No. 24 ¶ 11). The parties asked for time for Plaintiff to consider a letter submitted by Defendant asking the Commission to consider and approve the previously proposed agreement.

13.     On July 18, 2025, SEC staff notified Defendant that the Commission had rejected the proposal that was previously agreed to in principle by the SEC staff and presented in Defendant's letter.

14.     Although the parties expect to continue to negotiate, they do not wish to further delay the resolution of this matter. Accordingly, for good cause, the parties ask that the stay be lifted.

15.     Defendant respectfully requests that he be permitted to file a revised Motion to Dismiss on or before Monday, August 4, 2025. Defendant proposes that the SEC's Opposition to the Defendant's Motion to Dismiss be due on Friday, August 15, 2025, and that the Defendant's Reply, if any, be due on or before Friday, August 29, 2025. The SEC does not oppose this request.

16.     A proposed order is attached hereto.

WHEREFORE, the parties respectfully request that the Court grant this motion to lift the stay in this matter. Defendant asks that the Court impose the briefing schedule described above.

Dated: July 21, 2025                         SECURITIES AND EXCHANGE COMMISSION


                                             By:  /s/  John B. Timmer
                                                    Plaintiff

John B. Timmer (D.C. Bar No. 997309)
Andrew McFall (D.C. Bar No. 497878)
Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
Phone: +1 (202) 551-7687 (Timmer)
Phone: +1 (202) 551-5538 (McFall)
Email: TimmerJ@SEC.gov
Email: McFallA@SEC.gov

3

Dated: July 21, 2025                          PATRICK ORLANDO


                                             By:  /s/  Adam L. Schwartz
                                                  Defendant

Tamara Droubi (D.C. Bar No. 1025088)
tdroubi@vedderprice
VEDDER PRICE P.C.
1401 New York Avenue NW, Suite 500
Washington, DC 20005
Phone:  +1 (202) 312-3320

Brooke E. Conner (Admitted *pro hac vice*)
bconner@vedderprice.com
VEDDER PRICE P.C.
222 North LaSalle Street
Chicago, Illinois 60601
Phone:  +1 (312) 609-7500

Adam L. Schwartz (Admitted *pro hac vice*)
aschwartz@vedderprice.com
VEDDER PRICE (FL), LLP
600 Brickell Avenue, Suite 1500
Miami, Florida 33131
Phone: +1 (786) 741-3200

Hartley M.K. West (Admitted *pro hac vice*)
hartley.west@dechert.com
DECHERT LLP
45 Fremont Street, 26th Floor
San Francisco, CA 94105
Phone: +1 (415) 262-4500