**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>          Plaintiff,<br>v.<br><br>**PATRICK ORLANDO**,<br><br>          Defendant. | **Case No.:** 1:24-CV-2097 |

**NOTICE OF SUBSTITUTION OF COUNSEL**

**PLEASE TAKE NOTICE THAT** Mr. Sergio E. Molina ("Mr. Molina"), D.C. Bar No. 90001502, of the law firm Vedder Price (FL), LLP, hereby enters his appearance in this action as counsel of record for Defendant, Patrick Orlando ("Mr. Orlando"), in substitution of Ms. Tamara Droubi. Mr. Molina's contact information is as follows:

**Firm Name:**  Vedder Price (FL), LLP

**Address:**  600 Brickell Avenue, Suite 1500
Miami, Florida 33131

**Telephone:**  +1 (786) 741 3262

**E-mails:**  smolina@vedder.com
mellanieruiz@vedder.com
ecfmidocket@vedder.com

**PLEASE TAKE FURTHER NOTICE THAT**—for purposes, and during the course, of this proceeding—Mr. Molina will assume the responsibility of serving as sponsor to the attorneys admitted *pro hac vice* in this action as counsel of record for Mr. Orlando (*i.e.*, Mr. Adam L. Schwartz, Mrs. Brooke E. Conner, and Ms. Hartley M.K. West).

[*Remainder of page intentionally left blank; signature block and certificate follows.*]

---

Chicago  |  Dallas  |  London  |  Los Angeles  |  Miami  |  New York  |  San Francisco  |  Singapore  |  Washington, DC

---

Vedder Price P.C. is affiliated with Vedder Price LLP, which operates in England and Wales, Vedder Price (CA), LLP, which operates in California, Vedder Price Pte. Ltd., which operates in Singapore, and Vedder Price (FL) LLP, which operates in Florida.

Respectfully Submitted,

By: */s/ Sergio E. Molina*
    Sergio E. Molina, Esq.
    D.C. Bar No: 90001502
    Adam L. Schwartz, Esq.
    (*Admitted Pro Hac Vice*)

**VEDDER PRICE (FL), LLP**
600 Brickell Avenue, Suite 1500
Miami, Florida 33131
Tel:    +1 (786) 741 3200
Fax:    +1 (786) 741 3202
achwartz@vedder.com
smolina@vedder.com
mellanieruiz@vedder.com
ecfmidocket@vedder.com

- and -

By: */s/ Brooke E. Conner*
    Brooke E. Conner, Esq.
    (*Admitted Pro Hac Vice*)

**VEDDER PRICE, PC**
222 North LaSalle Street
Chicago, Illinois 60601
Tel:    +1 (312) 609 7500
Fax:    +1 (312) 609 5005
bconner@vedder.com

- and -

By: */s/ Hartley M.K. West*
    D. Brett Kohlhofer, Esq.
    D.C. Bar No.: 1022963
    Hartley M.K. West, Esq.
    (*Admitted Pro Hac Vice*)

**DECHERT, LLP**
1900 K Street, NW
Washington, DC 20006
Tel:    +1 (202) 261 3349
Fax:    +1 (202) 261 3333
d.brett.kohlhofer@deckert.com

Chicago  |  Dallas  |  London  |  Los Angeles  |  Miami  |  New York  |  San Francisco  |  Singapore  |  Washington, DC

Vedder Price P.C. is affiliated with Vedder Price LLP, which operates in England and Wales, Vedder Price (CA), LLP, which operates in California, Vedder Price Pte. Ltd., which operates in Singapore, and Vedder Price (FL) LLP, which operates in Florida.

- and –

45 Fremont Street, 26th Floor
San Francisco, California 94105
Tel:    +1 (415) 262 4511
Fax:    +1 (415) 262 4555
hartley.west@dechert.com

*Counsel for Defendant, Patrick Orlando*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 23, 2026, a true a correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF and served on all counsel of records entitled to receive service in this case via transmission of Notice of Electronic Filing generated by CM/ECF.

/s/   *Sergio E. Molina*
Sergio E. Molina

Chicago  |  Dallas  |  London  |  Los Angeles  |  Miami  |  New York  |  San Francisco  |  Singapore  |  Washington, DC

Vedder Price P.C. is affiliated with Vedder Price LLP, which operates in England and Wales, Vedder Price (CA), LLP, which operates in California, Vedder Price Pte. Ltd., which operates in Singapore, and Vedder Price (FL) LLP, which operates in Florida.