UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br>**Plaintiff,**<br>**v.**<br>**PATRICK ORLANDO,**<br>**Defendant.** | **Case No. 24-cv-2097 (CRC)** |

**AMENDED SCHEDULING ORDER**

Upon consideration of Plaintiff Securities and Exchange Commission's ("SEC") Motion to Amend the Scheduling Order, it is hereby ORDERED that:

1. The SEC's [44] Motion to Modify Scheduling Order is GRANTED.

2. Discovery in this case shall proceed according to the following schedule:

| | |
|---|---|
| Deadline to Serve Initial Disclosures | June 11, 2026 |
| Fact Discovery Commences | June 17, 2026 |
| Motion to Add Parties or Amend Pleadings | June 25, 2026 |
| Fact Discovery Deadline | June 18, 2027 |
| Parties to Disclose Identities of Expert Witnesses And All Other Rule 26(a)(2) Information | June 25, 2027 |
| Exchange Rule 26(a)(2)(B) and (C) Expert Report Disclosures | July 23, 2027 |
| Exchange Rule 26(a)(2)(B) Rebuttal Expert Report Disclosures | August 27, 2027 |
| Deadline to Complete Expert Discovery | September 10, 2027 |

3. The parties are to provide initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1)(A) unless they consent in writing to defer production of certain subcategories of documents identified in the rule.

4. Absent agreement of the parties or Order of the Court, the parties shall be limited to no more than fifteen (15) depositions of fact witnesses, no more than twenty-five (25) interrogatories, and no more than twenty-five (25) requests for admission per side.

5. No discovery motions may be filed without leave of the Court. In the event that a discovery dispute arises, the parties shall make a good faith effort to resolve or narrow the areas of disagreement. If the parties are unable to resolve the discovery dispute, the parties shall jointly call chambers at (202) 354-3480 to arrange for a telephone conference with the Court. The Court will either rule on the issue at the conclusion of the telephone conference or determine the manner in which it will be handled. At least twenty-four (24) hours before the telephone conference, the parties may be required to file with the Court a brief Joint Notice of Discovery Dispute summarizing the parties' respective positions.

6. Parties may not extend deadlines by stipulation. Parties must seek extensions by motion.

7. The Court will hold a post-discovery status conference, at which it will set a schedule for summary judgment briefing, if necessary. The parties are directed to Local Civil Rule 7(h) regarding the requirements for motions for summary judgment and oppositions. Parties shall provide bound, tabbed courtesy copies of any document constituting, supporting,

or opposing a dispositive motion if said document, together with its exhibits, attachments, declarations, and affidavits, is over one hundred (100) pages.

**SO ORDERED.**

CHRISTOPHER R. COOPER
United States District Judge

Date: September 24, 2026